| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:04-CR-287-VEH |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) 1:09 CR 21-MP/AK |

| NAME AND ADDRESS OF SUPERVISED RELEASEE THOMAS MICHAEL VAUGHAN II | DISTRICT ND/AL | DIVISION Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Virginia Emerson Hopkins | |
| | DATES OF SUPERVISED RELEASE | FROM 12/15/2008 — TO 12/14/2038 |

OFFENSE

18 U.S.C. § 2252 - Activities relating to material constituting or containing child pornography

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    NORTHERN DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    NORTHERN DISTRICT OF FLORIDA    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/4/09
Date                                                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 18, 2009
Effective date                                                       United States District Judge